FILED

2013 MAY -6  AM 9: 19

DEBORAH OGLESBY
LONOKE CO. CIRCUIT CLERK
BY
DEPUTY CLERK

May 05, 2013

IN THE LONOKE COUNTY CIRCUIT COURT LONOKE, ARKANSAS

IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT LITTLE ROCK, AR.
    TOTALLY WITHOUT JURISDICTION 28USCA 455(B) CONFLICT OF INTEREST
      AND ABUSE OF PUBLIC OFFICE WITH NO IMMUNITY 28 USCA 2671 ET SEQ
      2674. U.S. V. HARRIS, ED PA. 1988, 700 F. SUPP. 226, AFFIRMED
      874 F 2D. 123 . AGREED TO OBSTRUCT AFFAIRS OF STATE COURTS

| | | |
|---|---|---|
| FARMERS AND RANCHERS COOPERATIVE ASSOCIATION, INC. | | PLAINTIFF |
| AND | | |
| DWIGHT ELLIS BROOKS | AMENDED COMPLAINT AFFIDAVIT | PLAINTIFF |
| VS CASE CV-12-308, 60 CV 2011 5682, 60 CV 2012 739 AND | | 4 12 CV 409 BSM<br>4 12 CV 409 SWW<br>4 12 CV 409 KGB |
| TOM VILSACK, SECRETARY UNITED STATES DEPARTMENT<br>OF AGRICULTURE | 4-12 CV 409 BSM<br>U.S. DISTRICT COURT JUDGE | DEFENDANT |
| KRISTINE G BAKER | BRIAN S. MILLER DISQUALIFIED<br>28 USCA 455(B) | DEFENDANT |
| ERIC HOLDER | AMENDED COMPLAINT | DEFENDANT |
| WILLIAM RILEY | | DEFENDANT |
| Susan Webber Wright | AID AND ABETTING OBSTRUCTION | Defendant |
| RICHARD M, PENCE JR | RICO AND ANTITRUST<br>ENTERPRISE, US. DISTRICT COURT | DEFENDANT |
| BRIAN S. MILLER | EASTERN DISTRICT WITH PATTERN<br>OF CORRUPTLY IMPEDING STATE | DEFENDANT ADD |
| D.P.MARSHALL Jr | COURT AFFAIRS IN SCHEME TO<br>DEFRAUD PLAINTIFFS WITH THE | DEFENDANT ADD |
| AMENDED COMPLAINT<br>ARCP 15 AND 20<br>PETITION TO REDRESS<br>ARTICLE 2 SECT.13 | U.S. MAIL IN FURTHERANCE OF<br>SCHEME TO DEFRAUD US. V. BRICKEY<br>D.C. ARK. 1969, 296 F.SUPP<br>AFFECTING U.S. MAIL INTERSTATE Commerce | |

COME PLAINTIFFS, FARMERS AND RANCHERS COOPERATION ASSOCIATION, INC.
AND DWIGHT ELLIS BROOKS FOR PETITION TO REDRESS, STATE CONSTITUTIONS,
ARTICLE 2 SECTION 13 AND EQUALITY BEFORE THE LAW, ARTICLE 2 SECTION 3 AS
YOU CAN SEE THE ATTACHED 04/24/2013 ORDER FROM U.S. DISTRICT COURT EASTERN
JUDGE BRIAN S. MILLER CONSTITUE FRAUD,DECEIT AND PERJURY UNDER STATE LAWS,
SEE  PLAINTIFF 03/01/2013 AMENDED COMPLAINT FILED IN THE LONOKE COUNTY
CIRCUIT COURT ON 03/01/2013 AS A GUIDE TO JUDICIAL CORRUPTION AS A MATTER

OF LAW.
        VIOLATION OF FEDERAL STATUTE BY THE ENTERPRISE
  18-USCA 1001, 2,3,4, 1621, 1623, 1341, 1503, 1505, 1510, 1512, 1515,
        1961, 1962, 1963 1964(C), 242,241,371

15-USCA 1,2,3,4,25,26,26,15,27 ANTITRUST CONSPIRACY

      VIOLATION OF STATE LAW, FRAUD, DECEIT AND PERJURY
AS PER PLAINTIFF 03/01/2013 AMENDED COMPLAINT WHICH IS
APART OF THIS COMPLAINT BUT NOT ATTACHED AS BOTH COURTS
STATE AND FEDERAL HAVE ON FILE WITH ORIGINAL 06/01/2012
FILED COMPLAINT IN STATE COURT AS PROOF OF WILLFULLY
CORRUPTIONS.

AID AND ABETTING OBSTRUCTION OF JUSTICE RICO AND ANTITRUST ENTERPRISE, UNITED STATES DISTRICT COURT EASTERN DISTRICT LITTLE ROCK, ARKANSAS IN PATTERN OF RACKETEERING ACTIVITIES AFFECTING INTERSTATE COMMERCE IN SCHEME TO DEFRAUD PLAINTIFFS, FARMERS AND RANCHERS COOPERATIVE ASSOCIATION INC. AND DWIGHT ELLIS BROOKS BY THE U.S. MAIL WITH MORE THAN 2 ACTS OF RACKETEERING ACTIVITIES AS RICO AND ANTITRUST CONSPIRACY WITH OVERT ACTS IN PULASKI COUNTY, ARKANSAS AND THE DISTRICT OF COLUMBIA IN FURTHERANCE OF THE UNLAWFULLY COMBINATION AND CONSPIRACY IN RESTRAINT OF COMMERCE, TRADE, COMPETITION IN THE PULASKI COUNTY CIRCUIT, LONOKE COUNTY CIRCUIT COURT AND THE DISTRICT OF COLUMBIA CORRUPTLY IMPEDING THE DUE AND PROPER ADMINSTRATION OF LAW AND JUSTICE. DEFENDANTS HAVE ENGAGED IN UNLAWFULLY CONDUCTS, PARTICIPATED IN THE AFFAIRS OF THE ENTERPRISE AS STATED ABOVED. SEE THE ATTACHED 04/23/2013 AND 04/28/2013 MOTION FOR EQUALITY BEFORE THE LAW AFFIDAVITS IN THE PULASKI COUNTY CIRCUIT COURT. ALSO SEE D.P MARSHALL US. DISTRICT COURT JUDGE JUDGMENT ON 04/24/2013 AND BRIAN S, MILLER US. DISTRICT COURT JUDGE ORDER 04/24/2013 AS EVIDENCE OF UNLAWFULLY COMBINATION AND CONSPIRACY TO VIOLATE STATE LAWS AND FEDERAL LAW. ALSO VIOLATION BY THE DEFENDANTS AND ENTERPRISE 15 USCA SECTION 45 AS UNFAIR METHODS OF COMPETITION DECEPTIVE ACTS IN COMMERCE AS UNLAWFULLY. FEDERAL TORT CLAIMS ACT 28 USCA 2671 ET SEQ 2674 1346(B)
        TABOR OF AUTHORITY AND VIOLATIONS BY DEFENDANTS
  AMENDS 5, 14 AND 1 U.S. 18-USCA 1962

(1) U.S. V. HARRIS, ED PA. 1988, 700 F SUPP 226, AFFIRMED 874 F 2D. 123
(2) U.S. V. BRICKEY D.C. ARK. 1969, 296 F.SUPP
    U.S. V. REED, 1976, 533 F 2D 1255, 175 U.S. APP. D.C. 120 28USCA 1341
(3) U.S. V. PEPE C.A. 11 (FLA.) 1984, 747 F 2D 632 RICO CONSPIRACY 1962(D)
(4) U.S. V. LEPATOUREL, C.A. 8 (NEB) 1979, 593 F 2D 827 FEDERAL JUDGE
    NOT IMMUNE IN OFFICIAL FTCA
    RICHARD V. U.S. OKL. 1962, 82 S.CT. 585, 369 U.S. 1, 7 L.ED 2D 492
    WEAVER V. U.S. C.A. 10 OKL. 1964 334 F 2D 319
(5) U.S. V. GAUBERT, TEX. 1991, 111 S.CT. 1267, 499 U.S. 315, 113, L.ED 2D
    335, ON REMAND 932 F2D 376 28 USCA 2674 NO IMMUNITY
    U.S. V. CROSBY, C.A.N.Y. 1963, 314 F2D 654 AIDER OR ABETTOR 18-USCA 2
(6) OATH OF U.S. CONSTITUTION ADAMSON V.CIR C.A. 9 1984, 745 F2D 541
(7) KOCH V. U.S. M.D PA. 1993 814 F SUPP 1221
    WONG WING FAI CO S.A. V U.S. C.A. 9 CAL. 1988 840 F2D 1462
    U.S. FIDELITY AND GUAR CO. V. U.S. C.A. 3 PA. 1988, 837 F 2D 116
    CERTIORARI DENIED 108 S.CT. 12902, 486 U.S. 1235 101 LED 2D 935
    SUCH CONDUCT CANNOT BE DISCRETIONARY BY DEFENDANTS INCLUDING
FEDERAL JUDGES VIOLATION OF FEDERAL AND STATE LAWS WITH MALICE
WILLULLY AND CORRUPTLY. ABUSE OF OFFICE AR. STATUTE 5-52-107.
ENTER JUDGMENT FOR $175,000.00 COMPENSATORY DAMAGES AND UNITIVE DAMAGES
OF $350,000.00 AS A MATTER OF LAW AGAINST DEFENDANTS INDIVIDUALLY,
SAPERATE, JOINTLY FOR SUM CERTAIN AS A MATTER OF LAW FOR CORRUPTION
BY DEFENDANTS WITH MALICE WILLFULLY AND KNOWINGLY. 15 USCA 45
    Trial by Jury Amend 7 Rule 38
I AM OF SOUND MIND CAPABLE OF MAKING THIS AMENDED COMPLAINT AND PETITION
TO REDRESS UNDER OATH AND I HAVE PERSONAL KNOWLEDGE OF THE FACTS STATED
HEREIN SUBSCRIBED AND SWORN BEFORE ME THIS 6Th DAY OF May 2013
PLAINTIFFS, COMPLAINANT, AFFIANT AND PETITIONER AND BLACK FARMERS
AND RANCHERS AS PRESIDENT AND AGENT AND DWIGHT ELLIS BROOKS AS PLAINTIFF
FOR EQUAL PROTECTION AND EQUAL JUSTICE FOR TECHNICAL ASSISTANCE FOR
THE BENEFIT OF THE SMALL SOCIALLY-DISADVANTAGED AGRICULTURE PRODUCERS
AGAINST RICO AND ANTITRUST ENTERPRISE, US. DISTRICT COURT EASTERN DISTRICT
FARMERS AND RANCHERS COOPERATIVE ASSOCIATION, INC, AND DWIGHT ELLIS BROOKS
P.O. BOX 594 ENGLAND, ARKANSAS 72046                13815 HUNTLEIGH DR
501-786-7844                                        LITTLE ROCK, AR.
I AM NATURAL BORN US. CITIZEN OF LONOKE COUNTY,AR.  72212
AND BLACK CITIZEN PULASKI COUNTY, AR. 72212         501 227 7083
CLERK U.S DISTRICT COURT 7012 2920-0000-1856 4771
U.S.DISTRICT COURT JUDGE BRIAN MILLER 7012 2920 0000 1856 4788
U.S. DISTRICT COURT JUDGE D.P. MARSHALL 7012 2920 0000 1856 4795
ERIC HOLDER U.S. ATTORNEY GENERAL 7012 2920 0000 1856 4801
ASST. U.S. ATTORNEY RICHARD M. PENCE JR 7012 2920 0000 1856 4818
U.S. ATTORNEY CHRIS THYER 7012 2920 0000 1856 4825 ALL SERVED ON 05/06/13

NOTARY PUBLIC


RIKITA ROBINSON
MY COMMISSION # 12389000
EXPIRES: August 7, 2022
Pulaski County